ISABELLA E. KIPP, petitioner and appellant,

*v.*

HIRAM B. KIPP, defendant and respondent.

[Argued June 2d, 1910. Decided November 14th, 1910.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming.

*Messrs. Weller & Lichtenstein,* for the petitioner and appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed by Vice-Chancellor Leaming in the court below.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, DILL, CONGDON—12.

*For reversal*—None.